IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States Courts
Southern District of Texas
ENTERED

AUG 2 7 2002

Michael N. Milby, Clerk of Court

| | | |
|---|---|---|
| MKL PROPERTIES, INC. | § § § § § § § § § § | |
| Plaintiff, | | |
| V. | | C.A. NO. 2000-3797 |
| STERLING BANK, et. al. | | |
| | | **JURY DEMANDED** |
| Defendants. | | |

## FINAL JUDGMENT

On this day came on for consideration the Agreed Motion to Enter Final Judgment Dismissing All Claims filed by Plaintiff MKL Properties, Inc. ("MKL") and Defendants Sterling Bank, Calvin A. Schatte d/b/a Lamar Cleaners, Richard Skinner, Skinner & Robertson d/b/a/ Dapper Dan Cleaners, and Third Party Defendant Hoyt Corporation. The Court, having considered same, ORDERS as follows:

1. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), Defendants Fred Robertson, Judith Robertson, Sadruddin K. Ali, Jamal Mohammed Ghulam, Syed Ariffudin, Aziz H. Madhani, Ghulam Jamail, and Karim Jamal are hereby dismissed with prejudice from suit.

2. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), all claims brought by Plaintiff MKL Properties, Inc. against Defendants Sterling Bank, Calvin A. Schatte d/b/a Lamar Cleaners, Richard Skinner, Skinner & Robertson d/b/a/ Dapper Dan Cleaners are hereby dismissed with prejudice.

3. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(i), Defendant Sterling Bank's claims against Shaukat Ali Sadruddin and Shenaz Sadruddin are dismissed without prejudice. All remaining claims brought by Defendant Sterling Bank in this case are hereby dismissed with

118157 1

71

prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii).

4. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), all claims brought by Calvin A. Schatte in this action, including his third-party claim against Hoyt Corporation are hereby dismissed with prejudice.

6. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), all claims brought by Defendants Richard Skinner and Skinner & Robertson d/b/a Dapper Dan Cleaners in this action are hereby dismissed with prejudice.

7. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), all claims brought by Third-Party Defendant Hoyt Corporation in this action are hereby dismissed with prejudice.

8. All costs of court are taxed against the party incurring same.

9. All relief requested in this case and not expressly granted herein is DENIED. This Judgment finally disposes of all parties and claims.

SIGNED this ____ day of August_____, 2002.

_____
VANESSA GILMORE
UNITED STATES DISTRICT JUDGE

APPROVED AS TO FORM:

**GIBBS & BRUNS, L.L.P.**

By: _____
Jean C. Frizzell
T.B.A. No. 07484650
Caren S. Sweetland
T.B.A. 24001333
1100 Louisiana, Suite 5300
Houston, Texas 77002
Telephone: (713)650-8805

Facsimile: (713)750-0903

**LAW OFFICES OF MICHAEL A. POHL**

By: *Michael Pohl by CSS*

Michael A. Pohl
T.B.A. No. 16086300
1717 St. James Place, Suite 500
Houston, Texas 77056
Telephone: (713) 652-0100
Facsimile: (713) 650-0687
**ATTORNEYS FOR PLAINTIFF**


**LOCKE LIDDELL & SAPP, L.L.P.**

By: *Kenneth Holt*

Kenneth Holt
T.B.A. No. 00793012
600 Travis, Suite 3400
Houston, Texas 77002
Telephone: (713) 226-1200
Facsimile: (713)223-3717
**ATTORNEYS FOR DEFENDANT STERLING BANK**

**FULBRIGHT & JAWORSKI, L.L.P.**

By: _____

Edward C. Lewis
State Bar No. 00786058
1301 McKinney, Suite 5100
Houston, Texas 77010-3095
Telephone: (713) 651-5151
Facsimile: (713) 651-5246
**ATTORNEYS FOR DEFENDANTS SKINNER & ROBERTSON, INC. & RICHARD SKINNER**

**SULLINS, JOHNSTON, ROHRBACH & MAGERS**

By: _____

Mike Johnston
State Bar No. 10840500

171177.1                                3

AUG-23-2002 16:14 GIBBS AND BRUNS
08/22/02 Case 4:00-cv-03797 Document 71 Filed in TXSD on 08/26/02 Page 4 of 5
P.11

Received 08/22/2002 15:35 in 03:28 on line [6] for EL07675 Printed 08/22/2002 15:39 * Pg 10/11
AUG-22-2002 15:36 GIBBS AND BRUNS P.10/11

Facsimile: (713)750-0903

## LAW OFFICES OF MICHAEL A. POHL

By: _____
Michael A. Pohl
T.B.A. No. 16086300
1717 St. James Place, Suite 500
Houston, Texas 77056
Telephone: (713) 652-0100
Facsimile: (713) 650-0687
ATTORNEYS FOR PLAINTIFF

## LOCKE LIDDELL & SAPP, L.L.P.

By: _____
Kenneth Holt
T.B.A. No. 00793012
600 Travis, Suite 3400
Houston, Texas 77002
Telephone: (713) 226-1200
Facsimile: (713)223-3717
ATTORNEYS FOR DEFENDANT STERLING BANK

## FULBRIGHT & JAWORSKI, L.L.P.

By: */s/ Eddie Lewis/*
Edward C. Lewis
State Bar No. 00786058
1301 McKinney, Suite 5100
Houston, Texas 77010-3095
Telephone: (713) 651-5151
Facsimile: (713) 651-5246
ATTORNEYS FOR DEFENDANTS SKINNER & ROBERTSON, INC. & RICHARD SKINNER

## SULLINS, JOHNSTON, ROHRBACH & MAGERS

By: _____
Mike Johnston
State Bar No. 10840500

119139.1                               3

2200 Phoenix Tower
3200 Southwest Freeway
Houston, Texas 77027
Telephone: (713) 521-0221
Facsimile: (713) 521-3242
ATTORNEYS FOR DEFENDANT CALVIN A. SCHATTE, D/B/A LAMAR CLEANERS

**KITCH DRUTCHAS WAGNER DENARDIS & VALITUTTI**

By: *Richard Bauon for Anthony J Nellis by consent — CSS*
Anthony J. Nellis (P53455)
31555 W. 14 Mile Road, Suite 315
Farmington Hills, M I 48334-1288
Telephone: (248) 932-2990
Facsimile: (248) 932-2994

**BEIRNE, MAYNARD & PARSONS**

By: *Timothy Hogan / permission by CSS*
Timothy Hogan
1300 Post Oak Blvd., 25th Floor
Houston, Texas 77056
Telephone: (713) 871-6744
Facsimile: (713) 960-1527
ATTORNEYS FOR DEFENDANT HOYT CORPORATION

By: *[signature]*
Boyd Henderson
7700 San Felipe, Suite 130
Houston, Texas 77063
Telephone: (713) 789-6605
ATTORNEY FOR SHAUKAT ALI SADRUDDIN AND SHENAZ SADRUDDIN

119157.1

4